UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEVLON CHAMBERS**,

        Plaintiff,

v.

**TRI-DIM FILTER CORPORATION,**

        Defendant.

Case No. 14-cv-14461

Hon. Victoria A. Roberts

| | |
|---|---|
| **LEVINE BENJAMIN, P.C.**<br>**GREG M. LIEPSHUTZ (P37573)**<br>Attorney for Plaintiff<br>100 Galleria Officentre, Ste. 411<br>Southfield, MI 48034<br>(248) 352-5700<br>gliepshutz@levinebenjamin.com | **PLUNKETT COONEY**<br>**CAROLYN M. JERECK (P41748)**<br>Attorney for Defendant<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 594-6363<br>cjereck@plunkettcooney.com |
| **GOLD STAR LAW, P.C.**<br>**CAITLIN E. MALHIOT (P76606)**<br>**MAIA E. JOHNSON (P40533)**<br>Attorneys for Plaintiff<br>2701 Troy Center Dr., Ste. 400<br>Troy, MI 48084<br>(248) 275-5200<br>cmalhiot@goldstarlaw.com<br>mjohnson@goldstarlaw.com | |

**STIPULATION AND CONSENT**
**FOR SUBSTITUTION OF ATTORNEYS**

      PLEASE TAKE NOTICE that Caitlin E. Malhiot and Gold Star Law, P.C., and Greg M. Liepchutz and Levine Benjamin, P.C., hereby stipulate and consent

that Caitlin E. Malhiot and Gold Star Law, P.C. be substituted as attorneys for Plaintiff in the above-entitled cause of action.

| GOLD STAR LAW, P.C. | LEVINE BENJAMIN, P.C. |
|---|---|
| By: /s/ *Caitlin E. Malhiot* <br> Caitlin E. Malhiot P76066 <br> 2701 Troy Center Dr., Ste. 400 <br> Troy, MI 48084 <br> (248)275-5200 <br> cmalhiot@goldstarlaw.com | By: /s/ *Greg M. Liepshutz (w/consent)* <br> Greg M. Liepshutz P37573 <br> 100 Galleria Officentre, Ste. 411 <br> Southfield, MI 48034 <br> (248) 352-5700 <br> gliepshutz@levinebenjamin.com |

Dated: March 25, 2015